| | |
|---|---|
| 1  DOUGLAS J. CLARK, State Bar No. 171499 | |
|    DANIEL W. TURBOW, State Bar No. 175015 | |
| 2  ERIN J. HOLLAND, State Bar No. 233305 | *E-FILED 9/5/06* |
|    WILSON SONSINI GOODRICH & ROSATI | |
| 3  Professional Corporation | |
|    650 Page Mill Road | |
| 4  Palo Alto, CA 94304-1050 | |
|    Telephone: (650) 493-9300 | |
| 5  Facsimile: (650) 565-5100 | |
|    Email: dturbow@wsgr.com | |
| 6  | |
|    Attorneys for Defendants | |
| 7  DAVID M. RICKEY, JOEL O. HOLLIDAY, | |
|    THOMAS TULLIE, ANIL BEDI, LASZLO | |
| 8  GAL, WILLIAM E. BENDUSH, KENNETH L. | |
|    CLARK, BRENT E. LITTLE, GREGORY A. | |
| 9  WINNER, CESAR CESARATTO, KAMBIZ | |
|    HOOSHMAND, MURRAY A. GOLDMAN, | |
| 10 FRED SHLAPAK, ARTHUR B. STABENOW, | |
|    JULIE H. SULLIVAN, HARVEY P. WHITE | |
| 11 and DAVID B. WRIGHT and Nominal | |
|    Defendant APPLIED MICRO CIRCUITS | |
| 12 CORPORATION | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PINCHUS BERLINER, in the Right of and for the Benefit of Applied Micro Circuit Corporation, Inc., | CASE NO.: 5:06-cv-04269-RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~]X ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED SCHEDULING MATTERS |
| v. | MODIFIED BY THE COURT |
| DAVID M. RICKEY, JOEL O. HOLLIDAY, THOMAS TULLIE, ANIL BEDI, LASZLO GAL, WILLIAM E. BENDUSH, KENNETH L. CLARK, BRENT E. LITTLE, GREGORY A. WINNER, CESAR CESARATTO, KAMBIZ HOOSHMAND, MURRAY A. GOLDMAN, FRED SHLAPAK, ARTHUR B. STABENOW, JULIE H. SULLIVAN, HARVEY P. WHITE and DAVID B. WRIGHT, | |
| Defendants. | |
| and | DATE: N/A |
| APPLIED MICRO CIRCUITS CORPORATION, | TIME: N/A |
| | JUDGE: Honorable Richard Seeborg |
| Nominal Defendant. | |
| [Caption continued on following page.] | |

STIP. & [PROP.] ORDER CONSOL. ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED SCHED. MATTERS, CASE NO. 5:06-CV-04269-RS & 5:06-CV-04910-SI

C:\NrPortbl\PALIB1\FB1\2937968_3.DOC

| | | |
|---|---|---|
| 1 | FRANCESCO CIABATTI, in the Right of and for the Benefit of Applied Micro Circuit Corporation, Inc., | CASE NO.: 5:06-cv-04910-SI |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | DAVID M. RICKEY, JOEL O. HOLLIDAY, THOMAS TULLIE, ANIL BEDI, LASZLO GAL, WILLIAM E. BENDUSH, KENNETH L. CLARK, BRENT E. LITTLE, GREGORY A. WINNER, CESAR CESARATTO, KAMBIZ HOOSHMAND, MURRAY A. GOLDMAN, FRED SHLAPAK, ARTHUR B. STABENOW, JULIE H. SULLIVAN, HARVEY P. WHITE and DAVID B. WRIGHT, | |
| 10 | Defendants. | |
| 11 | and | DATE: N/A<br>TIME: N/A |
| 12 | APPLIED MICRO CIRCUITS CORPORATION, | JUDGE: Honorable Susan Illston |
| 13 | Nominal Defendant. | |

STIP. & [PROP.] ORDER CONSOL. ACTIONS, APPOINTING LEAD COUNSEL, AND RELATED SCHED. MATTERS, CASE NO. 5:06-CV-04269-RS & 5:06-CV-04910-SI

C:\NrPortbl\PALIB1\FB1\2937968_3.DOC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. There are presently two shareholder derivative actions against certain of the officers and directors of Applied Micro Circuits Corporation ("AMCC") on file in this Court.

2. Pursuant to Local Rule 3-12, a motion to relate these cases and have them both assigned to the Honorable Richard Seeborg was filed jointly by plaintiffs on August 22, 2006.

3. In an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, all of the counsel for parties in the pending AMCC shareholder derivative actions currently on file in this Court enter into this stipulation. The counsel are: (1) Wolf Haldenstein Adler Freeman & Herz LLP on behalf of plaintiff Pinchus Berliner and plaintiff Francesco Ciabatti; (2) Law Offices of Jacob T. Fogel, P.C. on behalf of plaintiff Pinchus Berliner; (3) Gainey & McKenna on behalf of plaintiff Francesco Ciabatti; and (4) Wilson Sonsini Goodrich & Rosati P.C. on behalf of all defendants.

4. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Berliner v. Rickey, et al.* | 5:06-cv-04269-RS | July 11, 2006 |
| *Ciabatti v. Rickey, et al.* | 5:06-cv-04910-SI | August 15, 2006 |

5. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

///

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION | LEAD CASE NO.: 5:06-cv-04269<br><br>(Derivative Action) |
| This Document Relates To:<br><br>ALL ACTIONS. | |

6.   The files of these consolidated actions shall be maintained in one file under Master File No. 5:06-cv-04269.

7.   Plaintiffs shall file a Consolidated Derivative Complaint ("Complaint") no later than 30 days from the date of entry of this Order, unless otherwise agreed between the parties and approved by the Court, which shall be deemed the operative complaint, superceding all complaints filed in any of the actions consolidated hereunder. Defendants shall have 45 days after the filing and service of the Complaint to file a responsive pleading. In the event that defendants file and serve any motions directed at the Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of defendants' motion. If defendants file and serve reply to plaintiffs' opposition, they will do so within 30 days after the plaintiffs' service of the opposition. Counsel agree to confer to select a hearing date.

8.   The Lead Counsel for plaintiffs for the conduct of these consolidated actions is:

> WOLF HALDENSTEIN ADLER
> FREEMAN & HERZ LLP
> FRANCIS M. GREGOREK
> BETSY C. MANIFOLD
> FRANCIS A. BOTTINI, JR.
> RACHELE R. RICKERT
> 750 B Street, Suite 2770
> San Diego, CA  92101
> Telephone:  (619) 239-4599
> Facsimile:  (619) 234-4599

9. Plaintiffs' Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

10. Plaintiffs' Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through plaintiffs' Lead Counsel.

11. Plaintiffs' Lead Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

12. Defendants' counsel may rely upon all agreements made with any of plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, and such agreements shall be binding on plaintiffs.

13. Pursuant to General Order 45, service by the Court's Electronic Case Filing program ("ECF") shall be permitted.

14. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to this Court.

15. When a case which properly belongs as part of the *In re Applied Micro Circuits Corporation, Inc. Derivative Litigation*, Lead Case No. 5:06-cv-04269, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re Applied Micro Circuits Corporation, Inc. Derivative Litigation*, Lead Case No. 5:06-cv-04269, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

| | | |
|---|---|---|
| 1 | Dated: August 23, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ Daniel W. Turbow |
| 4 | | Daniel W. Turbow |
| 5 | | Attorneys for Defendants<br>DAVID M. RICKEY, JOEL O. HOLLIDAY, |
| 6 | | THOMAS TULLIE, ANIL BEDI. LASZLO<br>GAL, WILLIAM E. BENDUSH, KENNETH |
| 7 | | L. CLARK, BRENT E. LITTLE, GREGORY<br>A. WINNER, CESAR CESARATTO, |
| 8 | | KAMBIZ HOOSHMAND, MURRAY A.<br>GOLDMAN, FRED SHLAPAK, ARTHUR B. |
| 9 | | STABENOW, JULIE H. SULLIVAN,<br>HARVEY P. WHITE and DAVID B. |
| 10 | | WRIGHT and Nominal Defendant APPLIED<br>MICRO CIRCUITS CORPORATION |
| 11 | | |
| 12 | Dated: August 23, 2006 | WOLF HALDENSTEIN ADLER<br>   FREEMAN & HERZ LLP |
| 13 | | FRANCIS M. GREGOREK<br>BETSY C. MANIFOLD |
| 14 | | FRANCIS A. BOTTINI, JR.<br>RACHELE R. RICKERT |
| 15 | | 750 B Street, Suite 2770<br>San Diego, CA 92101 |
| 16 | | Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599 |
| 17 | | |
| 18 | | By: /s/ Betsy C. Manifold |
| 19 | | Betsy C. Manifold |
| 20 | | Attorneys for Plaintiff Pinchus Berliner<br>Attorneys for Plaintiff Francesco Ciabatti |
| 21 | | LAW OFFICES OF JACOB T. FOGEL, P.C. |
| 22 | | JACOB T. FOGEL<br>32 Court Street, Suite 602 |
| 23 | | Brooklyn, NY 11201 |
| 24 | | Attorneys for Plaintiff Pinchus Berliner |
| 25 | | GAINEY & McKENNA<br>THOMAS J. McKENNA |
| 26 | | 295 Madison Avenue, 4th Floor<br>New York, NY 10017 |
| 27 | | Telephone: (212) 983-1300<br>Facsimile: (212) 983-0383 |
| 28 | | Attorneys for Plaintiff Francesco Ciabatti |

## ORDER

The above stipulation having been considered, and good cause appearing therefor, IT IS SO ORDERED.

IT IS FURTHER ORDERED that Plaintiffs in both actions shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file either a Consent to Proceed Before a United States Magistrate Judge or a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge **no later than thirty days from the date of this order**. Defendants filed their Consent to Proceed Before United States Magistrate Judge on August 16, 2006.

Dated: September 5, 2006

RICHARD SEEBORG
United States Magistrate Judge