**\*E-FILED\***
**October 19, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION | Lead Case No. C 06-04269 RS |
| _____ | **ORDER OF RECUSAL** |
| This Document Relates To: | |
| ALL ACTIONS. _____/ | |

    I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled consolidated action. The Clerk of Court shall randomly reassign this case.

    IT IS SO ORDERED.

Dated: October 19, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Francis A. Bottini , Jr    bottini@whafh.com

Erin Jane Holland     eholland@wsgr.com,

Betsy C. Manifold     manifold@whafh.com

Rachele R. Rickert    rickert@whafh.com

D. Anthony Rodriguez    drodriguez@mofo.com, rwright@mofo.com

Daniel W. Turbow    dturbow@wsgr.com, fgarcia@wsgr.com

Dated: October 19, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg