1  CHRISTIAN D. HUMPHREYS (SBN 174802)
   TIMOTHY A. HORTON (SBN 205414)
2  MCKENNA LONG & ALDRIDGE LLP
   Suite 3300, Symphony Towers
3  750 B Street
   San Diego, CA  92101
4  Telephone:   (619) 595-5400
   Facsimile:    (619) 595-5450
5

6  Attorneys for Defendant
   WILLIAM E. BENDUSH
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN JOSE DIVISION**

11

12 | In re APPLIED MICRO CIRCUITS         | LEAD CASE NO.  5:06-CV-04269-RS |
   | CORPORATION, INC. DERIVATIVE         |                                 |
13 | LITIGATION                           | **NOTICE AND [~~PROPOSED~~] ORDER OF SUBSTITUTION OF ATTORNEY** |

14

15 | This Document Relates To: |

16 | ALL ACTIONS. |

17

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendants WILLIAM E. BENDUSH hereby substitutes McKenna Long & Aldridge LLP as his attorneys in this matter in place and stead of Wilson Sonsini Goodrich & Rosati.

The address and telephone number of such substituted counsel is:

McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450

Please add the above information to your service list and serve the above-counsel with all future pleadings and communications in this matter.

We agree and consent to this substitution of attorney.

Dated:   November 2, 2006                    WILSON SONSINI GOODRICH & ROSATI


By: /s/ Daniel W. Turbow
    Daniel W. Turbow

Dated:  November 2, 2006                     McKENNA LONG & ALDRIDGE LLP


By: /s/ Timothy A. Horton
    Timothy A. Horton


I consent to this substitution of attorney.

Dated: November 2, 2006                      By: /s/ William E. Bendush
                                                 William E. Bendush

/ / /

/ / /

/ / /

/ / /

/ / /

**GENERAL ORDER 45 ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Timothy A. Horton
Timothy A. Horton

Good cause appearing,

**IT IS SO ORDERED.**

Dated: 11/07, 2006

_(signature: James Ware)_
JUDGE, UNITED STATES DISTRICT COURT

1  In re Applied Micro Circuits Corporation, Inc., Deriative Litigation
   Lead Case No. 5:06-CV-04269-RS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the following document(s):

- **NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF ATTORNEY**

was served upon all counsel of record as indicated/listed on the United States District Court, Northern District of California's CM/ECF registered email list in the above-referenced matter.

Executed this 3rd day of November, 2006, at San Diego, California.

/s/ Leslie D. Sharpe
Leslie D. Sharpe

McKenna Long & Aldridge LLP
Attorneys At Law
San Diego

- 3 -                                                                              5:06-CV-04269-RS