1  DOUGLAS J. CLARK, State Bar No. 171499
   DANIEL W. TURBOW, State Bar No. 175015
2  ERIN J. HOLLAND, State Bar No. 233305
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dturbow@wsgr.com
6
   Attorneys for Defendants
7  ANIL BEDI, WILLIAM K. BOWES, JR.,
   CESAR CESARATTO, KENNETH L. CLARK,
8  LASZLO GAL, ROBERT GARGUS, R. CLIVE
   GHEST, MURRAY A. GOLDMAN, JOEL O.
9  HOLLIDAY, KAMBIZ HOOSHMAND,
   DARYN LAU, BRENT E. LITTLE, BARBARA
10 MURPHY, FAYE PAIRMAN, S. ATIQ RAZA,
   FRED SHLAPAK, STEPHEN SMITH, ROGER
11 A. SMULLEN, SR., DOUGLAS SPRENG,
   ARTHUR B. STABENOW, RAMAKRISHNA
12 SUDIREDDY, JULIE H. SULLIVAN,
   THOMAS TULLIE, HARVEY P. WHITE,
13 BRIAN WILKIE, GREGORY A. WINNER, and
   DAVID B. WRIGHT and Nominal Defendant
14 APPLIED MICRO CIRCUITS
   CORPORATION
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19 In re APPLIED MICRO CIRCUITS         )  LEAD CASE NO.: 5:06-cv-04269-JW
   CORPORATION, INC. DERIVATIVE         )
20 LITIGATION                           )  (Derivative Action)
                                        )
21                                      )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER CONTINUING**
22                                      )  **NOVEMBER 20, 2006 CASE**
                                        )  **MANAGEMENT CONFERENCE**
23 ─────────────────────────────────    )  **TO JANUARY 8, 2007**
                                        )
24 This Document Relates To:            )
                                        )
25      ALL ACTIONS.                    )  DATE:  November 20, 2006
                                        )  TIME:  2:30 p.m.
26                                      )
                                        )  JUDGE: Honorable James Ware
27 ─────────────────────────────────    )

28

1  WHEREAS, on October 24, 2006, after this consolidated action was transferred to this Court, a Case Management Conference previously noticed for November 15, 2006 was re-noticed for November 20, 2006 before the Honorable James Ware;

WHEREAS, certain of the parties have a scheduling conflict with the newly noticed date for the Case Management Conference, and to accommodate scheduling conflicts of counsel, the parties have agreed to continue the Case Management Conference to January 8, 2007, the first available date when counsel for all of the parties are available.

NOW THEREFORE, it is stipulated and agreed by the parties, by and through their counsel of record and subject to the approval of the Court, that the November 20, 2006 Case Management Conference should be continued to January 8, 2007.

Dated: November 3, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Daniel W. Turbow
         Daniel W. Turbow

Attorneys for Defendants
ANIL BEDI, WILLIAM K. BOWES, JR., CESAR CESARATTO, KENNETH L. CLARK, LASZLO GAL, ROBERT GARGUS, R. CLIVE GHEST, MURRAY A. GOLDMAN, JOEL O. HOLLIDAY, KAMBIZ HOOSHMAND, DARYN LAU, BRENT E. LITTLE, BARBARA MURPHY, FAYE PAIRMAN, S. ATIQ RAZA, FRED SHLAPAK, STEPHEN SMITH, ROGER A. SMULLEN, SR., DOUGLAS SPRENG, ARTHUR B. STABENOW, RAMAKRISHNA SUDIREDDY, JULIE H. SULLIVAN, THOMAS TULLIE, HARVEY P. WHITE, BRIAN WILKIE, GREGORY A. WINNER, and DAVID B. WRIGHT and Nominal Defendant APPLIED MICRO CIRCUITS CORPORATION

| | | |
|---|---|---|
| 1 | Dated: November 3, 2006 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 2 | | FRANCIS M. GREGOREK |
| | | BETSY C. MANIFOLD |
| 3 | | FRANCIS A. BOTTINI, JR. |
| | | RACHELE R. RICKERT |
| 4 | | 750 B Street, Suite 2770 |
| | | San Diego, CA 92101 |
| 5 | | Telephone: (619) 239-4599 |
| | | Facsimile: (619) 234-4599 |

By:  /s/ Rachele R. Rickert
         Rachele R. Rickert

Lead Counsel for Plaintiffs

   -and-

LAW OFFICES OF JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street, Suite 602
Brooklyn, NY 11201

   -and-

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

Dated: November 3, 2006

MORRISON & FOERSTER, LLP
JAMES J. BROSNAHAN
D. ANTHONY RODRIGUEZ
425 Market Street
San Francisco, CA 94105-2842
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By:  /s/ D. Anthony Rodriguez
         D. Anthony Rodriguez

Attorneys for Defendant David M. Rickey

| | |
|---|---|
| Dated: November 3, 2006 | McKENNA LONG & ALDRIDGE LLP<br>TIMOTHY A. HORTON<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450 |

By: /s/ Timothy A. Horton
      Timothy A. Horton

Attorneys for Defendant William E. Bendush

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/07/2006

_____
United States District Judge

1     I, Daniel W. Turbow, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing the November 20, 2006 Case Management Conference to January 8, 2007. In compliance with General Order 45.X.B, I hereby attest that Rachele R. Rickert, D. Anthony Rodriguez, and Timothy A. Horton have concurred in this filing.

Dated: November 3, 2006            WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation


By:    /s/ Daniel W. Turbow
        Daniel W. Turbow