DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
ERIN J. HOLLAND, State Bar No. 233305
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
ANIL BEDI, WILLIAM K. BOWES, JR.,
CESAR CESARATTO, KENNETH L. CLARK,
LASZLO GAL, ROBERT GARGUS, R. CLIVE
GHEST, MURRAY A. GOLDMAN, JOEL O.
HOLLIDAY, KAMBIZ HOOSHMAND,
DARYN LAU, BRENT E. LITTLE, BARBARA
MURPHY, FAYE PAIRMAN, S. ATIQ RAZA,
FRED SHLAPAK, STEPHEN SMITH, ROGER
A. SMULLEN, SR., DOUGLAS SPRENG,
ARTHUR B. STABENOW, RAMAKRISHNA
SUDIREDDY, JULIE H. SULLIVAN,
THOMAS TULLIE, HARVEY P. WHITE,
BRIAN WILKIE, GREGORY A. WINNER, and
DAVID B. WRIGHT and Nominal Defendant
APPLIED MICRO CIRCUITS
CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | LEAD CASE NO.: 5:06-cv-04269-JW<br><br>(Derivative Action)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER GRANTING RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM<br><br>DATE: N/A<br>TIME: N/A<br><br>JUDGE: Honorable James Ware |

STIP. & [~~PROP.~~] ORDER RE RELIEF FROM
AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR
MULTI-OPTION PROGRAM,
LEAD CASE NO. 5:06-CV-04269-JW

2983284_1.DOC

WHEREAS, this shareholder derivative action was commenced on July 12, 2006 and originally assigned to Magistrate Judge Richard Seeborg;

WHEREAS, on July 12, 2006, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, and assigned this matter to the ADR Multi-Option Program;

WHEREAS counsel for all of the parties have conferred and agree that this shareholder derivative action is not appropriate for the ADR Multi-Option Program, and that a request to the Court for relief pursuant to ADR L.R. 3-3(c) is appropriate;

Accordingly, pursuant to ADR L.R. 3-3(c), the parties to this action hereby stipulate, by and through their counsel of record and subject to the approval of the Court, that this action should be removed from the ADR Multi-Option Program.

Dated: November 3, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Daniel W. Turbow
Daniel W. Turbow

Attorneys for Defendants
ANIL BEDI, WILLIAM K. BOWES, JR., CESAR CESARATTO, KENNETH L. CLARK, LASZLO GAL, ROBERT GARGUS, R. CLIVE GHEST, MURRAY A. GOLDMAN, JOEL O. HOLLIDAY, KAMBIZ HOOSHMAND, DARYN LAU, BRENT E. LITTLE, BARBARA MURPHY, FAYE PAIRMAN, S. ATIQ RAZA, FRED SHLAPAK, STEPHEN SMITH, ROGER A. SMULLEN, SR., DOUGLAS SPRENG, ARTHUR B. STABENOW, RAMAKRISHNA SUDIREDDY, JULIE H. SULLIVAN, THOMAS TULLIE, HARVEY P. WHITE, BRIAN WILKIE, GREGORY A. WINNER, and DAVID B. WRIGHT and Nominal Defendant APPLIED MICRO CIRCUITS CORPORATION

///

| | | |
|---|---|---|
| 1 | Dated: November 3, 2006 | WOLF HALDENSTEIN ADLER |
| 2 | | FREEMAN & HERZ LLP |
| | | FRANCIS M. GREGOREK |
| 3 | | BETSY C. MANIFOLD |
| | | FRANCIS A. BOTTINI, JR. |
| 4 | | RACHELE R. RICKERT |
| | | 750 B Street, Suite 2770 |
| 5 | | San Diego, CA 92101 |
| | | Telephone: (619) 239-4599 |
| 6 | | Facsimile: (619) 234-4599 |

By: ___/s/ Rachele R. Rickert___
Rachele R. Rickert

Lead Counsel for Plaintiffs

    -and-

LAW OFFICES OF JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street, Suite 602
Brooklyn, NY 11201

    -and-

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383


Dated: November 3, 2006

MORRISON & FOERSTER, LLP
JAMES J. BROSNAHAN
D. ANTHONY RODRIGUEZ
425 Market Street
San Francisco, CA 94105-2842
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By: ___/s/ D. Anthony Rodriguez___
D. Anthony Rodriguez

Attorneys for Defendant David M. Rickey

///

| | |
|---|---|
| Dated: November 3, 2006 | McKENNA LONG & ALDRIDGE LLP<br>TIMOTHY A. HORTON<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450 |

By: /s/ Timothy A. Horton
 Timothy A. Horton

Attorneys for Defendant William E. Bendush

## ORDER

Pursuant to the parties' stipulation and pursuant to ADR L.R. 3-3(c), it is HEREBY ORDERED that this matter is removed from the ADR Multi-Option Program.

IT IS SO ORDERED.

Dated: 11/08/2006 _____
 United States District Judge

STIP. & [PROP.] ORDER RE RELIEF FROM AUTOMATIC REFERRAL TO ASSIGNMENT TO ADR MULTI-OPTION PROGRAM, LEAD CASE NO. 5:06-CV-04269-JW

-3-

2983284_1.DOC

I, Daniel W. Turbow, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order re Relief from Automatic Referral to Assignment to ADR Multi-Option Program. In compliance with General Order 45.X.B, I hereby attest that Rachele R. Rickert, D. Anthony Rodriguez, and Timothy A. Horton have concurred in this filing.

Dated: November 3, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: <u>/s/ Daniel W. Turbow</u>
      Daniel W. Turbow