```
 1  DOUGLAS J. CLARK, State Bar No. 171499
    DANIEL W. TURBOW, State Bar No. 175015
 2  ERIN J. HOLLAND, State Bar No. 233305
    WILSON SONSINI GOODRICH & ROSATI
 3  Professional Corporation
    650 Page Mill Road
 4  Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
 5  Facsimile:   (650) 565-5100
    Email:  dturbow@wsgr.com
 6
    Attorneys for Defendants
 7  ANIL BEDI, WILLIAM K. BOWES, JR.,
    CESAR CESARATTO, KENNETH L. CLARK,
 8  LASZLO GAL, ROBERT GARGUS, R. CLIVE
    GHEST, MURRAY A. GOLDMAN, JOEL O.
 9  HOLLIDAY, KAMBIZ HOOSHMAND,
    DARYN LAU, BRENT E. LITTLE, BARBARA
10  MURPHY, FAYE PAIRMAN, S. ATIQ RAZA,
    FRED SHLAPAK, STEPHEN SMITH, ROGER
11  A. SMULLEN, SR., DOUGLAS SPRENG,
    ARTHUR B. STABENOW, RAMAKRISHNA
12  SUDIREDDY, JULIE H. SULLIVAN,
    THOMAS TULLIE, HARVEY P. WHITE,
13  BRIAN WILKIE, GREGORY A. WINNER, and
    DAVID B. WRIGHT and Nominal Defendant
14  APPLIED MICRO CIRCUITS
    CORPORATION
15
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION | LEAD CASE NO.: 5:06-cv-04269-JW<br><br>(Derivative Action)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT AND RELATED SCHEDULING MATTERS** |
| This Document Relates To:<br><br>ALL ACTIONS. | DATE:   n/a<br>TIME:   n/a<br><br>JUDGE:   Honorable James Ware |

STIP. AND [PROP.] ORDER RE DEFS.' RESPONSES
TO COMPLAINT AND RELATED SCHED. MATTERS
LEAD CASE NO. 5:06-CV-04269-JW

2992925_1.DOC

1     WHEREAS, plaintiffs filed their Consolidated Amended Shareholder Derivative Complaint ("Complaint") in this action on October 5, 2006;

3     WHEREAS, pursuant to a prior stipulation and order of the Court, defendants' responses to the Complaint are due on November 20, 2006;

5     WHEREAS, defendants have requested a brief extension to respond to the Complaint in order to accommodate scheduling conflicts of counsel;

7     WHEREAS, defendants anticipate filing motions to dismiss in response to the Complaint;

8     WHEREAS, if defendants file motions to dismiss, the parties have conferred and agreed to a briefing schedule and hearing date for any such motions;

10     NOW THEREFORE, it is stipulated and agreed by the parties, by and through their counsel of record and subject to the approval of the Court, that:

1. Defendants' response/motions to dismiss should be continued to and are due on November 30, 2006;

2. Plaintiffs' oppositions to any motions to dismiss should be filed on or by January 19, 2007;

3. Defendants' reply briefs filed in support of any motions to dismiss should be filed on or by February 12, 2007; and

4. The hearing on any motions to dismiss shall take place on February 26, 2007, at 9:00 a.m.

Dated: November 13, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: \_\_\_/s/ Daniel W. Turbow_____
       Daniel W. Turbow

Attorneys for Defendants
ANIL BEDI, WILLIAM K. BOWES, JR., CESAR CESARATTO, KENNETH L. CLARK, LASZLO GAL, ROBERT GARGUS, R. CLIVE GHEST, MURRAY A. GOLDMAN, JOEL O. HOLLIDAY, KAMBIZ HOOSHMAND, DARYN LAU, BRENT E. LITTLE, BARBARA MURPHY, FAYE PAIRMAN, S. ATIQ RAZA, FRED SHLAPAK, STEPHEN SMITH, ROGER A.

| | |
|---|---|
| 1 | SMULLEN, SR., DOUGLAS SPRENG, ARTHUR B. STABENOW, RAMAKRISHNA SUDIREDDY, JULIE H. SULLIVAN, THOMAS TULLIE, HARVEY P. WHITE, BRIAN WILKIE, GREGORY A. WINNER, and DAVID B. WRIGHT and Nominal Defendant APPLIED MICRO CIRCUITS CORPORATION |

Dated:  November 13, 2006

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA  92101
Telephone:  (619) 239-4599
Facsimile:  (619) 234-4599


By:  ___/s/ Rachele R. Rickert___
      Rachele R. Rickert

Lead Counsel for Plaintiffs

   -and-

LAW OFFICES OF JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street, Suite 602
Brooklyn, NY  11201

   -and-

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY  10017
Telephone:  (212) 983-1300
Facsimile:  (212) 983-0383

///

| | |
|---|---|
| Dated: November 13, 2006 | MORRISON & FOERSTER, LLP<br>JAMES J. BROSNAHAN<br>D. ANTHONY RODRIGUEZ<br>425 Market Street<br>San Francisco, CA 94105-2842<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>By: /s/ D. Anthony Rodriguez<br>D. Anthony Rodriguez<br><br>Attorneys for Defendant David M. Rickey |
| Dated: November 13, 2006 | McKENNA LONG & ALDRIDGE LLP<br>TIMOTHY A. HORTON<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450<br><br>By: /s/ Timothy A. Horton<br>Timothy A. Horton<br><br>Attorneys for Defendant William E. Bendush |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/14/2006

_____
United States District Judge

| | |
|---|---|
| 1 | I, Daniel W. Turbow, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Defendants' Responses To Consolidated Amended Shareholder Derivative Complaint And Related Scheduling Matters. In compliance with General Order 45.X.B, I hereby attest that Rachele R. Rickert, D. Anthony Rodriguez, and Timothy A. Horton have concurred in this filing. |

Dated:  November 13, 2006         WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                  By:   /s/ Daniel W. Turbow
                                        Daniel W. Turbow