1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) LEAD CASE NO.  CV 06-04269-JW<br>)<br>) [PROPOSED] ORDER GRANTING<br>) ADMINISTRATIVE MOTION TO<br>) EXCEED THE APPLICABLE PAGE<br>) LIMIT UNDER L.R. 7-4(b)<br>)<br>)<br>)<br>)<br>) CTRM:   8, 4th Floor<br>) JUDGE:  Hon. James Ware |

An Administrative Motion to Exceed the Applicable Page Limit Under L.R. 7-4(b) (the "Motion") has been filed. This Court, having considered plaintiffs' Motion as well as any opposition filed in response thereto, for good cause hereby ORDERS as follows:

Plaintiffs' Motion to Exceed the Applicable Page Limits Under L.R. 7-4(b) is hereby granted. Plaintiffs are granted leave to file an omnibus opposition brief responding to all defendants' motions to dismiss not to exceed 50 [~~80~~] pages of text.

IT IS SO ORDERED.

DATED: 12/11/2006

*/s/ James Ware*
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT
MARISA C. LIVESAY

*/s/ Rachele R. Rickert*
RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
LAWRENCE P. KOLKER
GUSTAVO BRUCKNER
RACHEL S. POPLOCK
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4653

Lead Counsel for Plaintiffs

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXCEED THE APPLICABLE PAGE LIMIT UNDER L.R. 7-4(b) – LEAD CASE NO. CV 06-04269 JW

- 1 -

LAW OFFICES OF JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street – Suite # 602
Brooklyn, New York 11201

Attorneys for Plaintiff Pinchus Berliner

GAINEY & McKENNA
THOMAS J. MCKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: 212/983-1300
Facsimile:  212/983-0383

Attorneys for Plaintiff Francesco Ciabatti

AMCC:14321.ORD

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXCEED THE APPLICABLE PAGE LIMIT UNDER L.R. 7-4(b) – LEAD CASE NO.  CV 06-04269 JW

- 2 -