DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
ERIN J. HOLLAND, State Bar No. 233305
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
Anil Bedi, William K. Bowes, Jr., Cesar Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert Gargus, R. Clive Ghest, Murray A. Goldman, Joel O. Holliday, Kambiz Hooshmand, Daryn Lau, Brent E. Little, Barbara Murphy, Faye Pairman, S. Atiq Raza, Fred Shlapak, Stephen Smith, Roger A. Smullen, Sr., Douglas Spreng, Arthur B. Stabenow, Ramakrishna Sudireddy, Julie H. Sullivan, Thomas Tullie, Harvey P. White, Brian Wilkie, Gregory A. Winner, and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | LEAD CASE NO.: 5:06-cv-04269-JW<br><br>(Derivative Action)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JANUARY 8, 2007 CASE MANAGEMENT CONFERENCE TO FEBRUARY 26, 2007**<br><br>DATE:  January 8, 2007<br>TIME:  10:00 a.m.<br><br>JUDGE: Honorable James Ware |

STIP. AND [PROP.] ORDER CONT. JAN. 8, 2007
CMC TO FEB. 26, 2007,
LEAD CASE NO. 5:06-CV-04269-JW

3014615_1.DOC

1    WHEREAS, a Case Management Conference in this consolidated derivative shareholder action is currently scheduled to take place on January 8, 2007;

    WHEREAS, on November 30, 2006, defendants filed motions to dismiss the Consolidated Amended Shareholder Derivative Complaint, and the hearing on those motions is scheduled to take place on February 26, 2007; and

    WHEREAS, the parties have met and conferred and agree that in the interests of insuring that this action proceed in an orderly fashion and in the interest of conserving judicial resources, a brief continuance of the Case Management Conference is warranted so that the Court may hear the motions to dismiss and the Case Management Conference together at the same date and time.

    NOW THEREFORE, it is stipulated and agreed by the parties, by and through their counsel of record and subject to the approval of the Court, that the January 8, 2007 Case Management Conference should be continued to February 26, 2007, to be heard concurrent with the defendants' motions to dismiss.

Dated: December 19, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:    /s/ Daniel W. Turbow
       Daniel W. Turbow

Attorneys for Defendants
Anil Bedi, William K. Bowes, Jr., Cesar Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert Gargus, R. Clive Ghest, Murray A. Goldman, Joel O. Holliday, Kambiz Hooshmand, Daryn Lau, Brent E. Little, Barbara Murphy, Faye Pairman, S. Atiq Raza, Fred Shlapak, Stephen Smith, Roger A. Smullen, Sr., Douglas Spreng, Arthur B. Stabenow, Ramakrishna Sudireddy, Julie H. Sullivan, Thomas Tullie, Harvey P. White, Brian Wilkie, Gregory A. Winner, and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

| | | |
|---|---|---|
| 1 | Dated: December 19, 2006 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 2 | | FRANCIS M. GREGOREK |
| | | BETSY C. MANIFOLD |
| 3 | | FRANCIS A. BOTTINI, JR. |
| | | RACHELE R. RICKERT |
| 4 | | 750 B Street, Suite 2770 |
| | | San Diego, CA  92101 |
| 5 | | Telephone:  (619) 239-4599 |
| | | Facsimile:  (619) 234-4599 |

By: ___/s/ Rachele R. Rickert_____
      Rachele R. Rickert

Lead Counsel for Plaintiffs

   -and-

LAW OFFICES OF JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street, Suite 602
Brooklyn, NY  11201

   -and-

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY  10017
Telephone:  (212) 983-1300
Facsimile:  (212) 983-0383

Dated: December 19, 2006

MORRISON & FOERSTER, LLP
JAMES J. BROSNAHAN
D. ANTHONY RODRIGUEZ
425 Market Street
San Francisco, CA  94105-2842
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

By: ___/s/ D. Anthony Rodriguez_____
      D. Anthony Rodriguez

Attorneys for Defendant David M. Rickey

| | |
|---|---|
| Dated: December 19, 2006 | McKENNA LONG & ALDRIDGE LLP<br>TIMOTHY A. HORTON<br>750 B Street, Suite 3300<br>San Diego, CA  92101<br>Telephone:  (619) 595-5400<br>Facsimile:  (619) 595-5450<br><br>By:   /s/ Timothy A. Horton<br>      Timothy A. Horton<br><br>Attorneys for Defendant William E. Bendush |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 20, 2006

_____
United States District Judge

1    I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2 to file this Stipulation and [Proposed] Order Continuing the January 8, 2007 Case Management
3 Conference to February 26, 2007.  In compliance with General Order 45.X.B, I hereby attest that
4 Rachele R. Rickert, D. Anthony Rodriguez, and Timothy A. Horton have concurred in this filing.

Dated:  December 19, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                                                  Professional Corporation

By:   /s/ Daniel W. Turbow
       Daniel W. Turbow