**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Applied Micro circuits Corporation, Inc. Derivative Litigation | NO. C 06-04269 JW<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

On the Court's own motion the hearing on Defendants' motions currently scheduled for February 26, 2007 is continued to **March 19, 2007 at 9 a.m.** The case management conference is also continued to **March 19, 2007 at 10 a.m.**

Dated: February 6, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Betsy C. Manifold manifold@whafh.com
D. Anthony Rodriguez drodriguez@mofo.com
Daniel W. Turbow dturbow@wsgr.com
Douglas John Clark dclark@wsgr.com
Erin Jane Holland eholland@wsgr.com
Erin Jane Holland eholland@wsgr.com
Francis A. Bottini bottini@whafh.com
James J. Brosnahan jbrosnahan@mofo.com
Rachele R. Rickert rickert@whafh.com
Timothy Alan Horton thorton@mckennalong.com

**Dated: February 6, 2007**                            **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

United States District Court
For the Northern District of California