DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
ERIN J. HOLLAND, State Bar No. 233305
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
Anil Bedi, William K. Bowes, Jr., Cesar Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert Gargus, R. Clive Ghest, Murray A. Goldman, Joel O. Holliday, Kambiz Hooshmand, Daryn Lau, Brent E. Little, Barbara Murphy, Faye Pairman, S. Atiq Raza, Fred Shlapak, Stephen Smith, Roger A. Smullen, Sr., Douglas Spreng, Arthur B. Stabenow, Ramakrishna Sudireddy, Julie H. Sullivan, Thomas Tullie, Harvey P. White, Brian Wilkie, Gregory A. Winner, and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br>_____ | LEAD CASE NO.: 5:06-cv-04269-JW<br><br>(Derivative Action)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE DEFENDANTS' REPLY MEMORANDA IN SUPPORT OF MOTIONS TO DISMISS THE CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>DATE: March 19, 2007<br>TIME: 9:00 a.m.<br><br>JUDGE: Honorable James Ware |

1  WHEREAS defendants have moved to dismiss the Consolidated Amended Shareholder
2  Derivative Complaint in this action and originally noticed the motion for hearing on February 26,
3  2007;

4  WHEREAS plaintiffs have opposed defendants' motions to dismiss;

5  WHEREAS pursuant to a stipulation and order dated November 14, 2006, defendants'
6  reply memoranda in support of their motions to dismiss are currently due on February 12, 2006;

7  WHEREAS on February 6, 2007, the Court on its own motion continued the hearing on
8  defendants' motions to dismiss to March 19, 2007;

9  WHEREAS defendants' counsel has requested a brief extension of the deadline to file
10  their reply memoranda to accommodate certain scheduling conflicts; and

11  WHEREAS, in light of the Court's continuance of the hearing date to March 19,
12  defendants' extension request is in compliance with the deadlines set forth in Local Rule 7-3(c).

13  NOW THEREFORE, the parties stipulate and agree, by and through their counsel of
14  record in this action and subject to the approval of the Court, to extend the deadline for
15  defendants to file and serve their reply memoranda in support of their motion to dismiss by three
16  days to February 15, 2007.

17

18  Dated: February 8, 2007                          WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation
19

20
                                                     By:    /s/ Daniel W. Turbow
21                                                          Daniel W. Turbow

22                                                   Attorneys for Defendants
                                                     Anil Bedi, William K. Bowes, Jr., Cesar
23                                                   Cesaratto, Kenneth L. Clark, Laszlo Gal,
                                                     Robert Gargus, R. Clive Ghest, Murray A.
24                                                   Goldman, Joel O. Holliday, Kambiz
                                                     Hooshmand, Daryn Lau, Brent E. Little,
25                                                   Barbara Murphy, Faye Pairman, S. Atiq Raza,
                                                     Fred Shlapak, Stephen Smith, Roger A.
26                                                   Smullen, Sr., Douglas Spreng, Arthur B.
                                                     Stabenow, Ramakrishna Sudireddy, Julie H.
27                                                   Sullivan, Thomas Tullie, Harvey P. White,
                                                     Brian Wilkie, Gregory A. Winner, and David
28                                                   B. Wright and Nominal Defendant Applied
                                                     Micro Circuits Corporation

| | | |
|---|---|---|
| 1 | Dated: February 8, 2007 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 2 | | FRANCIS M. GREGOREK |
| | | BETSY C. MANIFOLD |
| 3 | | FRANCIS A. BOTTINI, JR. |
| | | RACHELE R. RICKERT |
| 4 | | 750 B Street, Suite 2770 |
| | | San Diego, CA 92101 |
| 5 | | Telephone: (619) 239-4599 |
| | | Facsimile: (619) 234-4599 |

By: ___/s/ Rachele R. Rickert_____
Rachele R. Rickert

Lead Counsel for Plaintiffs

   -and-

LAW OFFICES OF JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street, Suite 602
Brooklyn, NY 11201

   -and-

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

Dated: February 8, 2007

MORRISON & FOERSTER, LLP
JAMES J. BROSNAHAN
D. ANTHONY RODRIGUEZ
425 Market Street
San Francisco, CA 94105-2842
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By: ___/s/ D. Anthony Rodriguez_____
D. Anthony Rodriguez

Attorneys for Defendant David M. Rickey

///

Dated: February 8, 2007

McKENNA LONG & ALDRIDGE LLP
TIMOTHY A. HORTON
750 B Street, Suite 3300
San Diego, CA  92101
Telephone:  (619) 595-5400
Facsimile:  (619) 595-5450


By:   /s/ Timothy A. Horton
         Timothy A. Horton

Attorneys for Defendant William E. Bendush

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___2/9/2007___

_/s/ James Ware_
United States District Judge

1  I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2  to file this Stipulation and [Proposed] Order Continuing Deadline to File Defendants' Reply
3  Memoranda in Support of Motions to Dismiss the Consolidated Amended Shareholder
4  Derivative Complaint. In compliance with General Order 45.X.B, I hereby attest that Rachele R.
5  Rickert, D. Anthony Rodriguez, and Timothy A. Horton have concurred in this filing.

Dated: February 8, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By:   /s/ Daniel W. Turbow
                                                 Daniel W. Turbow