IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Applied Micro circuits Corporation, Inc. Derivative Litigation | NO. C 06-04269 JW<br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

On the Court's own motion, the hearing on Defendants' motions to dismiss currently scheduled for March 19, 2007 is continued to **April 9, 2007 at 9 a.m.** The case management conference is also continued to April 9, 2007 at 10 a.m.

Dated:  March 12, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Betsy C. Manifold manifold@whafh.com
D. Anthony Rodriguez drodriguez@mofo.com
Daniel W. Turbow dturbow@wsgr.com
Douglas John Clark dclark@wsgr.com
Erin Jane Holland eholland@wsgr.com
Erin Jane Holland eholland@wsgr.com
Francis A. Bottini bottini@whafh.com
James J. Brosnahan jbrosnahan@mofo.com
Rachele R. Rickert rickert@whafh.com
Timothy Alan Horton thorton@mckennalong.com

**Dated:  March 12, 2007**                                      **Richard W. Wieking, Clerk**

                                                                **By:   /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California