FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Lead Counsel for Plaintiffs

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION | ) LEAD CASE NO. CV 06-04269-JW )  )  ) |
| ──────────────────────────── | ) **STIPULATION AND [PROPOSED]** |
| This Document Relates To: | ) **ORDER CONTINUING HEARING ON** ) **DEFENDANTS' MOTIONS TO** ) **DISMISS** ) |
| ALL ACTIONS. | ) ) |
| ──────────────────────────── | ) |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS – LEAD CASE NO. CV 06-04269 JW

1  WHEREAS, defendants have moved to dismiss the Consolidated Amended Shareholder
2  Derivative Complaint in this action;

3  WHEREAS, on May 8, 2007, the Court on its own motion continued the hearing on
4  defendants' motions to dismiss to June 21, 2007 at 9:00 a.m.;

5  WHEREAS, the parties are currently participating in an informal exchange of information
6  in an attempt to resolve this action;

7  WHEREAS, to facilitate resolution of this action and to conserve the resources of the
8  Court and parties, the parties agree to delay the hearing on defendants' motions to dismiss, subject
9  to the Court's convenience;

10  THEREFORE, the parties stipulate to continue the hearing on defendants' motions to
11  dismiss to September 17, 2007 at 9:00 a.m., subject to the Court's convenience.

DATED:  June 1, 2007        WOLF HALDENSTEIN ADLER
                              FREEMAN & HERZ LLP
                            FRANCIS M. GREGOREK
                            RACHELE R. RICKERT
                            MARISA C. LIVESAY


                                   /s/ Rachele R. Rickert
                                   RACHELE R. RICKERT

                            750 B Street, Suite 2770
                            San Diego, CA 92101
                            Telephone:  619/239-4599
                            Facsimile:   619/234-4599

                            WOLF HALDENSTEIN ADLER
                              FREEMAN & HERZ LLP
                            LAWRENCE P. KOLKER
                            GUSTAVO BRUCKNER
                            RACHEL S. POPLOCK
                            270 Madison Avenue
                            New York, NY 10016
                            Telephone:  212/545-4600
                            Facsimile:   212/545-4653

                            Lead Counsel for Plaintiffs

|   |   |   |
|---|---|---|
| 1 |  | LAW OFFICES OF |
| 2 |  |   JACOB T. FOGEL, P.C. |

LAW OFFICES OF
  JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street – Suite # 602
Brooklyn, New York 11201

Attorneys for Plaintiff Pinchus Berliner

GAINEY & McKENNA
THOMAS J. MCKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: 212/983-1300
Facsimile: 212/983-0383

Attorneys for Plaintiff Francesco Ciabatti

DATED: June 1, 2007

WILSON SONSINI GOODRICH
  & ROSATI P.C.
DANIEL W. TURBOW
DOUGLAS J. CLARK
DALE R. BISH

    /s/ Daniel W. Turbow
      DANIEL W. TURBOW

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
Facsimile: 650/565-5100

Attorneys for Defendants William Bowes, Jr., Joel O. Holliday, Thomas Tullie, Anil Bedi, Laszlo Gal, Robert Gargus, R. Clive Ghest, Kenneth L. Clark, Brent E. Little, Gregory A. Winner, Cesar Cesaratto, Kambiz Hooshmand, Murray A. Goldman, Daryn Lau, Barbara Murphy, Faye Pairman, S. Atiq Raza, Ramakrishna Sudireddy, Fred Shlapak, Stephen Smith, Roger Smullen, Douglas Spreng, Arthur B. Stabenow, Julie H. Sullivan, Harvey P. White, Brian Wilkie and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS – LEAD CASE NO. CV 06-04269 JW

- 2 -

DATED: June 1, 2007          MORRISON & FOERSTER LLP
                              JAMES J. BROSHAHAN
                              D. ANTHONY RODRIGUEZ

                                   /s/ D. Anthony Rodriguez
                                    D. ANTHONY RODRIGUEZ

                              425 Market Street
                              San Francisco, CA  94105-2482
                              Telephone: 415/ 268-7000
                              Facsimile:  415/ 268-7522

                              Attorneys for Defendant David M. Rickey

DATED: June 1, 2007          MCKENNA LONG & ALDRIDGE LLP
                              ROBERT S. BREWER, JR.
                              CHRISTIAN D. HUMPHREYS
                              TIMOTHY A. HORTON

                                   /s/ Timothy A. Horton
                                    TIMOTHY A. HORTON

                              750 B Street, Suite 3300
                              San Diego, CA  92101
                              Telephone: 619/595-5400
                              Facsimile:  619/595-5450

                              Attorneys for Defendant William E. Bendush

                     *      *       *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 5, 2007                    _____
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS – LEAD CASE NO.  CV 06-04269 JW

- 3 -

1  I, Rachele R. Rickert, am the ECF User whose identification and password are being used
2 to file this Stipulation And [Proposed] Order Continuing Hearing On Defendants' Motions To
3 Dismiss.  In compliance with General Order 45.X.B, I hereby attest that Daniel W. Turbow, D.
4 Anthony Rodriguez, and Timothy A. Horton have concurred in this filing.

DATED:  June 1, 2007                         WOLF HALDENSTEIN ADLER
                                                                   FREEMAN & HERZ LLP


                                                                   _____/s/ Rachele R. Rickert_____
                                                                          RACHELE R. RICKERT

AMCC:14917.STIP

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS – LEAD CASE NO.  CV 06-04269 JW

- 4 -