1  DOUGLAS J. CLARK, State Bar No. 171499
   DANIEL W. TURBOW, State Bar No. 175015
2  DALE R. BISH, State Bar No. 235390
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dturbow@wsgr.com
6
   Attorneys for Defendants
7  Anil Bedi, William K. Bowes, Jr., Cesar
   Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert
8  Gargus, R. Clive Ghest, Murray A. Goldman,
   Joel O. Holliday, Kambiz Hooshmand, Daryn
9  Lau, Brent E. Little, Barbara Murphy, Faye
   Pairman, S. Atiq Raza, Fred Shlapak, Stephen
10 Smith, Roger A. Smullen, Sr., Douglas Spreng,
   Arthur B. Stabenow, Ramakrishna Sudireddy,
11 Julie H. Sullivan, Thomas Tullie, Harvey P.
   White, Brian Wilkie, Gregory A. Winner, and
12 David B. Wright and Nominal Defendant
   Applied Micro Circuits Corporation
13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge James Ware]

                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION

In re APPLIED MICRO CIRCUITS          )  LEAD CASE NO.: 5:06-cv-04269-JW
CORPORATION, INC. DERIVATIVE          )
LITIGATION                            )  (Derivative Action)
                                      )
                                      )  STIPULATION AND [PROPOSED]
                                      )  ORDER CONTINUING HEARING
                                      )  ON DEFENDANTS' MOTIONS TO
                                      )  DISMISS THE CONSOLIDATED
This Document Relates To:             )  AMENDED SHAREHOLDER
                                      )  DERIVATIVE COMPLAINT
    ALL ACTIONS.                      )
                                      )  DATE:  September 17, 2007
                                      )  TIME:  9:00 a.m.
                                      )
                                      )  JUDGE: Honorable James Ware

STIP. AND [PROP.] ORDER CONTINUING HEARING
ON DEFS.' MOTIONS TO DISMISS,
LEAD CASE NO. 5:06-CV-04269-JW                                    3187107_1.DOC

1      WHEREAS defendants have moved to dismiss the Consolidated Amended Shareholder Derivative Complaint in this action and originally noticed the motion for hearing on February 26, 2007;

4      WHEREAS plaintiffs have opposed defendants' motions to dismiss;

5      WHEREAS defendants have replied to plaintiffs' opposition to defendants' motions to dismiss;

7      WHEREAS on June 5, 2007, the Court approved the parties' stipulation and continued the hearing on the motions to dismiss to September 17, 2007;

9      WHEREAS the parties are continuing to exchange information and engage in informal discussions in an attempt to resolve this action;

11      WHEREAS the parties believe that in order to conserve the resources of the Court and the parties, a brief continuance of the hearing on the motions to dismiss is warranted in order to allow the parties to continue with these settlement discussions;

14      NOW THEREFORE, the parties stipulate and agree, by and through their counsel of record in this action and subject to the approval of the Court, to continue the hearing on defendants' motions to dismiss from September 17, 2007 to November 5, 2007.

Dated: September 5, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: ___/s/ Daniel W. Turbow___
      Daniel W. Turbow

Attorneys for Defendants
Anil Bedi, William K. Bowes, Jr., Cesar Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert Gargus, R. Clive Ghest, Murray A. Goldman, Joel O. Holliday, Kambiz Hooshmand, Daryn Lau, Brent E. Little, Barbara Murphy, Faye Pairman, S. Atiq Raza, Fred Shlapak, Stephen Smith, Roger A. Smullen, Sr., Douglas Spreng, Arthur B. Stabenow, Ramakrishna Sudireddy, Julie H. Sullivan, Thomas Tullie, Harvey P. White, Brian Wilkie, Gregory A. Winner, and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

| | |
|---|---|
| Dated: September 5, 2007 | WOLF HALDENSTEIN ADLER<br>    FREEMAN & HERZ LLP<br>FRANCIS M. GREGOREK<br>BETSY C. MANIFOLD<br>RACHELE R. RICKERT<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br><br>By: ___/s/ Rachele R. Rickert___<br>        Rachele R. Rickert<br><br>Lead Counsel for Plaintiffs<br><br>   -and-<br><br>LAW OFFICES OF JACOB T. FOGEL, P.C.<br>JACOB T. FOGEL<br>32 Court Street, Suite 602<br>Brooklyn, NY 11201<br><br>   -and-<br><br>GAINEY & McKENNA<br>THOMAS J. McKENNA<br>295 Madison Avenue, 4th Floor<br>New York, NY 10017<br>Telephone: (212) 983-1300<br>Facsimile: (212) 983-0383 |
| Dated: September 5, 2007 | MORRISON & FOERSTER, LLP<br>JAMES J. BROSNAHAN<br>D. ANTHONY RODRIGUEZ<br>425 Market Street<br>San Francisco, CA 94105-2842<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>By: ___/s/ D. Anthony Rodriguez___<br>        D. Anthony Rodriguez<br><br>Attorneys for Defendant David M. Rickey |

///

Dated: September 5, 2007

McKENNA LONG & ALDRIDGE LLP
TIMOTHY A. HORTON
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450

By: ___/s/ Timothy A. Horton___
Timothy A. Horton

Attorneys for Defendant William E. Bendush

\*   \*   \*

**ORDER**

The parties have moved this hearing three times citing 'informal settlement' discussion. The Court denies this third stipulation and orders the parties to appear for the hearing on September 17, 2007 at 9:00 AM Courtroom 8, 4th Floor, San Jose before Hon. James Ware.

Dated: September 6, 2007

_____James Ware_____
United States District Judge

1     I, Daniel W. Turbow, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing on Defendants' Motions to Dismiss the Consolidated Amended Shareholder Derivative Complaint. In compliance with General Order 45.X.B, I hereby attest that Rachele R. Rickert, D. Anthony Rodriguez, and Timothy A. Horton have concurred in this filing.

Dated: September 5, 2007      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Daniel W. Turbow
       Daniel W. Turbow