DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
DALE R. BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
Anil Bedi, William K. Bowes, Jr., Cesar Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert Gargus, R. Clive Ghest, Murray A. Goldman, Joel O. Holliday, Kambiz Hooshmand, Daryn Lau, Brent E. Little, Barbara Murphy, Faye Pairman, S. Atiq Raza, Fred Shlapak, Stephen Smith, Roger A. Smullen, Sr., Douglas Spreng, Arthur B. Stabenow, Ramakrishna Sudireddy, Julie H. Sullivan, Thomas Tullie, Harvey P. White, Brian Wilkie, Gregory A. Winner, and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | LEAD CASE NO.: 5:06-cv-04269-JW<br><br>(Derivative Action)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>DATE: September 17, 2007<br>TIME: 9:00 a.m.<br><br>JUDGE: Honorable James Ware |

1  WHEREAS defendants have moved to dismiss the Consolidated Amended Shareholder Derivative Complaint in this action and originally noticed the motion for hearing on February 26, 2007;

WHEREAS plaintiffs have opposed defendants' motions to dismiss;

WHEREAS defendants have replied to plaintiffs' opposition to defendants' motions to dismiss;

WHEREAS on June 5, 2007, the Court approved the parties' stipulation and continued the hearing on the motions to dismiss to September 17, 2007;

WHEREAS the parties have exchanged a substantial amount of information and engaged in numerous discussions in an attempt to resolve this action, and believe they have made meaningful progress in these discussions towards a final resolution of this action which has resulted in plaintiffs' counsel sending a written settlement proposal to Nominal Defendant Applied Micro Circuits Corporation ("AMCC") on August 30, 2007;

WHEREAS the parties believe that in order to conserve the resources of the Court and the parties, one additional continuance of the hearing on the motions to dismiss is warranted in order to provide the parties with additional time for AMCC to review and respond to the settlement proposal in an attempt to reach an agreement to resolve this action;

WHEREAS the parties intend for this to be the final continuance of the hearing on the motions to dismiss, and if the parties are not able to reach an agreement in principle to settle this action prior to October 15, 2007, the parties will be prepared to argue the motions to dismiss on October 15, 2007.

WHEREAS the parties will provide the Court with a joint written status report two weeks before the continued hearing on the motions to dismiss and will update the Court on the status of the settlement negotiations therein;

///

|   |   |   |
|---|---|---|
| 1 | NOW THEREFORE, the parties stipulate and agree, by and through their counsel of record in this action and subject to the approval of the Court, to continue the hearing on defendants' motions to dismiss from September 17, 2007 to October 15, 2007, and to provide the Court with a joint, written status report regarding the status of the settlement negotiations on October 1, 2007. | |

Dated: September 11, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Daniel W. Turbow
    Daniel W. Turbow

Attorneys for Defendants
Anil Bedi, William K. Bowes, Jr., Cesar Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert Gargus, R. Clive Ghest, Murray A. Goldman, Joel O. Holliday, Kambiz Hooshmand, Daryn Lau, Brent E. Little, Barbara Murphy, Faye Pairman, S. Atiq Raza, Fred Shlapak, Stephen Smith, Roger A. Smullen, Sr., Douglas Spreng, Arthur B. Stabenow, Ramakrishna Sudireddy, Julie H. Sullivan, Thomas Tullie, Harvey P. White, Brian Wilkie, Gregory A. Winner, and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

Dated: September 11, 2007

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599


By: /s/ Rachele R. Rickert
    Rachele R. Rickert

Lead Counsel for Plaintiffs

-and-

```
                                        LAW OFFICES OF JACOB T. FOGEL, P.C.
                                        JACOB T. FOGEL
                                        32 Court Street, Suite 602
                                        Brooklyn, NY  11201

                                                    -and-

                                        GAINEY & McKENNA
                                        THOMAS J. McKENNA
                                        295 Madison Avenue, 4th Floor
                                        New York, NY  10017
                                        Telephone: (212) 983-1300
                                        Facsimile: (212) 983-0383

Dated: September 11, 2007               MORRISON & FOERSTER, LLP
                                        JAMES J. BROSNAHAN
                                        D. ANTHONY RODRIGUEZ
                                        425 Market Street
                                        San Francisco, CA  94105-2842
                                        Telephone: (415) 268-7000
                                        Facsimile: (415) 268-7522


                                        By:    /s/ D. Anthony Rodriguez
                                                D. Anthony Rodriguez

                                        Attorneys for Defendant David M. Rickey

Dated: September 11, 2007               McKENNA LONG & ALDRIDGE LLP
                                        TIMOTHY A. HORTON
                                        750 B Street, Suite 3300
                                        San Diego, CA  92101
                                        Telephone: (619) 595-5400
                                        Facsimile: (619) 595-5450


                                        By:    /s/ Timothy A. Horton
                                                Timothy A. Horton

                                        Attorneys for Defendant William E. Bendush
```

                              *     *     *

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The motion hearing is set for October 15, 2007 at 9:00 AM

Dated: __September 11, 2007__

*James Ware*
United States District Judge

1  I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2  to file this Stipulation and [Proposed] Order Continuing Hearing on Defendants' Motions to
3  Dismiss the Consolidated Amended Shareholder Derivative Complaint.  In compliance with
4  General Order 45.X.B, I hereby attest that Rachele R. Rickert, D. Anthony Rodriguez, and
5  Timothy A. Horton have concurred in this filing.

Dated: September 11, 2007                     WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation


                                              By:    /s/ Daniel W. Turbow
                                                     Daniel W. Turbow