IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Applied Micro circuits Corporation, Inc. Derivative Litigation<br><br>_____/ | NO. C 06-04269 JW<br><br>**ORDER WITHDRAWING DEFENDANTS' MOTIONS TO DISMISS; SETTING STATUS CONFERENCE** |

Defendants in the above entitled action initially noticed their Motions to Dismiss for a hearing in March of 2007. Since that date, the parties have requested multiple continuances in an effort to resolve their case. On October 1, 2007, pursuant to a prior Court Order, the parties filed a Joint Status Report. (See Docket Item No. 99.) After five months of settlement discussion, the parties informed the Court that they "are very close to an agreement on all material corporate governance terms for settlement," and that they "expect that they will know whether they will be able to reach an agreement in principle on all material terms of the settlement by the end of next week." (Joint Status Report at 1.)

In light of the parties' representation, and the fact that Defendants' motions have been pending on the Court's docket for more than five months, the Court takes the current motions off its calendar. Defendants may renotice their motions pursuant to the Civil Local Rules of Court. The Court sets a Status Conference for **November 5, 2007 at 10 A.M.** The parties shall file a Status Report updating the Court on their settlement efforts by **October 26, 2007.**

Dated: October 4, 2007

_____
JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Betsy C. Manifold manifold@whafh.com
D. Anthony Rodriguez drodriguez@mofo.com
Daniel W. Turbow dturbow@wsgr.com
Douglas John Clark dclark@wsgr.com
Erin Jane Holland eholland@wsgr.com
Erin Jane Holland eholland@wsgr.com
Francis A. Bottini bottini@whafh.com
James J. Brosnahan jbrosnahan@mofo.com
Rachele R. Rickert rickert@whafh.com
Timothy Alan Horton thorton@mckennalong.com

**Dated:  October 4, 2007**                               **Richard W. Wieking, Clerk**


                                                         **By:   /s/ JW Chambers                     **
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

*United States District Court*
*For the Northern District of California*