DOUGLAS J. CLARK, State Bar No. 171499
DANIEL W. TURBOW, State Bar No. 175015
DALE R. BISH, State Bar No. 235390
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
Anil Bedi, William K. Bowes, Jr., Cesar Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert Gargus, R. Clive Ghest, Murray A. Goldman, Joel O. Holliday, Kambiz Hooshmand, Daryn Lau, Brent E. Little, Barbara Murphy, Faye Pairman, S. Atiq Raza, Fred Shlapak, Stephen Smith, Roger A. Smullen, Sr., Douglas Spreng, Arthur B. Stabenow, Ramakrishna Sudireddy, Julie H. Sullivan, Thomas Tullie, Harvey P. White, Brian Wilkie, Gregory A. Winner, and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re APPLIED MICRO CIRCUITS CORPORATION, INC. DERIVATIVE LITIGATION | LEAD CASE NO.: 5:06-cv-04269-JW<br><br>(Derivative Action)<br><br>**JOINT STATUS REPORT AND ORDER GRANTING FINAL CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br><br>ALL ACTIONS. | |

On October 4, 2007 the Court issued an Order Withdrawing Defendants' Motions to Dismiss and Setting Status Conference for November 5, 2007. In advance of the November 5 Status Conference, the Court ordered the parties to submit a joint statement. Pursuant to the Court's order, the parties hereby respectfully submit this joint status report to provide the Court with an update concerning the parties' settlement discussions.

From late August through early October 2007, Nominal Defendant Applied Micro Circuits Corporation ("AMCC") and counsel for plaintiffs in this action exchanged several written settlement proposals and had several telephone calls to discuss them. As a result of these written exchanges and telephone calls, in early October plaintiffs and AMCC reached an agreement in principle on all material corporate governance terms for a proposed settlement.

After the parties reached an agreement in principle on the corporate governance terms, counsel for plaintiffs and AMCC began negotiations on a stipulated fee award for plaintiffs' counsel. Counsel for plaintiffs and AMCC have exchanged proposals concerning the amount of this fee award and continue to make progress towards reaching an agreement thereon. The parties will continue with these negotiations and are making every reasonable effort to reach a binding settlement agreement as soon as possible.

///

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 Dated: October 26, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: ___/s/ Daniel W. Turbow___
        Daniel W. Turbow

Attorneys for Defendants
Anil Bedi, William K. Bowes, Jr., Cesar Cesaratto, Kenneth L. Clark, Laszlo Gal, Robert Gargus, R. Clive Ghest, Murray A. Goldman, Joel O. Holliday, Kambiz Hooshmand, Daryn Lau, Brent E. Little, Barbara Murphy, Faye Pairman, S. Atiq Raza, Fred Shlapak, Stephen Smith, Roger A. Smullen, Sr., Douglas Spreng, Arthur B. Stabenow, Ramakrishna Sudireddy, Julie H. Sullivan, Thomas Tullie, Harvey P. White, Brian Wilkie, Gregory A. Winner, and David B. Wright and Nominal Defendant Applied Micro Circuits Corporation

Dated: October 26, 2007

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

By: ___/s/ Rachele R. Rickert___
        Rachele R. Rickert

Lead Counsel for Plaintiffs

   -and-

LAW OFFICES OF JACOB T. FOGEL, P.C.
JACOB T. FOGEL
32 Court Street, Suite 602
Brooklyn, NY 11201
   -and-

GAINEY & McKENNA
THOMAS J. McKENNA
295 Madison Avenue, 4th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

| | | |
|---|---|---|
| 1 | Dated: October 26, 2007 | MORRISON & FOERSTER, LLP<br>JAMES J. BROSNAHAN |
| 2 | | D. ANTHONY RODRIGUEZ<br>425 Market Street |
| 3 | | San Francisco, CA 94105-2842<br>Telephone: (415) 268-7000 |
| 4 | | Facsimile: (415) 268-7522 |
| 5 | | |
| 6 | | By: /s/ D. Anthony Rodriguez |
| 7 | | D. Anthony Rodriguez |
| 8 | | Attorneys for Defendant David M. Rickey |
| 9 | Dated: October 26, 2007 | McKENNA LONG & ALDRIDGE LLP<br>TIMOTHY A. HORTON |
| 10 | | 750 B Street, Suite 3300<br>San Diego, CA 92101 |
| 11 | | Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450 |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ Timothy A. Horton<br>Timothy A. Horton |
| 15 | | Attorneys for Defendant William E. Bendush |
| 16 | /// | |

I, Daniel W. Turbow, am the ECF User whose identification and password are being used to file this Joint Status Report. In compliance with General Order 45.X.B, I hereby attest that Rachele R. Rickert, D. Anthony Rodriguez, and Timothy A. Horton have concurred in this filing.

Dated: October 26, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Daniel W. Turbow
Daniel W. Turbow

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

In light of the representations made by the parties in a joint telephonic conference on November 1, 2007 and the above Status Report, the Court finds good cause to GRANT one final continuance of the case management conference. The continuance is to facilitate the parties' efforts in resolving a remaining issue which would then provide a final resolution of the case. However, since there have been numerous delays, this is the parties' <u>FINAL</u> continuance. The Court sets the conference on **December 17, 2007 at 10 AM.** The parties shall file a Joint Status report by **December 7, 2007**. If the parties fail to complete their settlement negotiations by December 7, 2007, the Court will appoint a Special Master to manage the process or set the case on a schedule.

Dated: November 1, 2007

/s/ James Ware
JAMES WARE
United States District Judge